**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1864-20

STATE OF NEW JERSEY,

     Plaintiff-Respondent,

v.

DERRICK A. JOHNSON,

     Defendant-Appellant.

_____

Submitted September 28, 2021 – Decided November 9, 2021

Before Judges Messano, Accurso and Enright.

On appeal from an interlocutory order of the Superior Court of New Jersey, Law Division, Middlesex County, Indictment No. 18-11-1496.

Joseph E. Krakora, Public Defender, attorney for appellant (Caroline Bielak, Assistant Deputy Public Defender, of counsel and on the brief).

Yolanda Ciccone, Middlesex County Prosecutor, attorney for respondent (Nancy A. Hulett, Assistant Prosecutor, of counsel and on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1864-20